# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-00062-01-CR-W-HFS |
| | ) | |
| STEPHEN CHRISTOPHER JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

## PRELIMINARY ORDER OF FORFEITURE

This matter is before the Court on the Motion of the United States for a Preliminary Order of Forfeiture. In the Forfeiture Allegation of the Indictment in this case, the United States sought forfeiture of the following:

1. A WD PATA Western Digital Hard Drive, WD2000BB-22GUC0, s/n: WCALL1793047;

2. An emachines T6420 desktop computer, s/n: GCD6120010527;

3. A Smart Disk USBFP80P hard drive, 80 GB;

4. An HP dv9500 laptop computer, s/n: CNF7492LKK;

5. A Fujitsu 120 GB laptop hard drive, MHY2120BH, s/n: K410T7B2JPWW; and

6. A Western Digital hard drive, WD5000H1U-00, s/n: WCASU0343441.

pursuant to 18 U.S.C. § 2253 on the basis that the property contained visual depictions, which were produced, transported, mailed, shipped, or received; are traceable to gross profits or other proceeds; or were used or intended to be used to commit or to promote the commission of the alleged offense.

On August 5, 2010, the defendant Stephen Christopher Jackson entered into a plea

agreement with the United States in which he agreed to plead guilty to Count Two of the Indictment, charging violations of 18 U.S.C. § 2252(a)(2), and to forfeit to the United States his/her interest in the property identified in the Forfeiture Allegation.

The Court has determined, based upon the evidence set forth in the plea agreement, that the United States has established the requisite nexus between the property described herein and in the Forfeiture Allegation of the Indictment and the offense to which the defendant Stephen Christopher Jackson has pleaded guilty.

By virtue of the plea agreement, the United States is now entitled to a Preliminary Order of Forfeiture and to possession of the property pursuant to 18 U.S.C. § 2253.

Accordingly, it is hereby ORDERED:

1. Based upon the plea agreement and the Forfeiture Allegation of the Indictment, the above-described property is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853.

2. Upon entry of this Order, the United States Attorney General or his designee is authorized to seize the above-described property in accordance with Fed. R. Crim. P. 32.2(b)(3).

3. Pursuant to 21 U.S.C. § 853, the United States shall publish for at least 30 consecutive days on the government's official website, www.forfeiture.gov, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendant Stephen Christopher Jackson, having or claiming a legal interest in the above-described property must file a petition with the Court (and serve a copy on Katharine Fincham, Assistant United States Attorney), within thirty (30) days of the final publication of notice or of receipt of actual notice,

whichever is earlier.

This notice shall state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title or interest in the forfeited property and any additional facts supporting the petitioner's claim and the relief sought.

The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified.

4. Pursuant to Fed. R. Crim. P. 32.2(b)(3), this Preliminary Order of Forfeiture shall become final as to the defendant at the time of sentencing (or before if the defendant consents) and shall be made part of the sentence and included in the judgment.

5. Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture in which all interests will be addressed.

/s/ Howard F. Sachs
Howard F. Sachs
United States District Judge

Dated this  3rd  day of
September, 2010, at Kansas City, Missouri.